AUGUSTUS WEST *et al.*, plaintiffs in error, *vs.* WILLIAM T. FORMBY *et al.*, defendants in error.

Where the heirs-at-law of an intestate agreed in 1859 that without formal administration, one of them should take charge of the estate, dispose of the same, and collect the claims due, discharge the debts and pay over the balance to the heirs, and suit is brought in April, 1870, by a portion of the heirs, against such agent, charging that under such agreement, he possessed himself of said estate, and made collections and sale of part thereof in 1866 and 1867:

*Held*, that a demurrer does not lie on the ground that the suit was not commenced by the 1st of January, 1870.

Administrators and executors.   Statute of limitations.   Before Judge BUCHANAN.   Troup Superior Court.   May Term, 1874.

The head-note sufficiently reports this case.

B. H. BIGHAM, for plaintiffs in error.

C. W. MABRY, for defendants.

Hightower & Company *vs.* Slaton *et al.*

TRIPPE, Judge.

The act of March 16th, 1869, requiring suit on certain claims to be brought by January 1st, 1870, only applied, so far as that provision is concerned, to such rights of action as *had accrued* prior to June 1st, 1865: *Black vs. Swanson*, 49 *Georgia*, 424; *Addison vs. Christy, Ibid.,* 431. Those cases cover this, certainly to the extent of collections made and property sold after June 1st, 1865, and it was error in the court to sustain the demurrer on the ground that plaintiff was barred by said act.

Judgment reversed.